# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-2395
LT Case No. 2018-DR-56757

_____

SEQUOIA,

     Appellant,

v.

MARK A. LONG,

     Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Jennifer Opel Taylor, Judge.

SeQuoia, Palm Bay, pro se.

Jack L. Platt, of Platt Hopwood Russell & Cole, Attorneys at Law PLLC,
Melbourne, for Appellee.

August 29, 2023

PER CURIAM.

     AFFIRMED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____